# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:11 CV 48

| | |
|---|---|
| CLIFFORD JOHN WATTS, | ) |
|     Plaintiff | ) |
| V | )     **ORDER** |
| WELLS FARGO ADVISORS, LLC, | ) |
|     Defendant | ) |

**THIS MATTER** is before the court on Matthew H. Mall's Application for Admission to Practice *Pro Hac Vice* of Brady J. Hermann. It appearing that Brady J. Hermann is a member in good standing with the Massachusetts Bar and will be appearing with Matthew H. Mall, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Matthew H. Mall's Application for Admission to Practice *Pro Hac Vice* (#9) of Brady J. Hermann is **GRANTED**, and that Brady J. Hermann is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Matthew H. Mall.

Signed: May 3, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge