# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:11cv48

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, ) | |
| ) | |
| Claimant, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CLIFFORD J. WATTS, III, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Pending before the Court is the Respondent's Motion to Seal [# 5]. Pursuant to Local Rule 6.1, Respondent moves to seal portions of his Memorandum in Support of Application to Vacate Arbitration Award and a number of the attached exhibits. Respondent contends that these documents may contain confidential information that is covered by a Confidentiality Stipulation the parties entered as part of the underlying arbitration in this case. He contends that the Court should seal the documents for as long as reasonably necessary to allow the parties to determine if the information contained therein is subject to the Confidentiality Stipulation and whether redacted versions may be presented in unsealed form. Neither Claimant nor any third party filed a response to this motion.

Upon consideration of Local Rule 6.1 and taking into account the requirements

set forth by the Fourth Circuit in <u>Media Gen. Operations, Inc. v. Buchanan</u>, 417 F.3d 424 (4th Cir. 2005), the Court **GRANTS** Respondent's Motion to Seal [# 5] and **DIRECTS** the parties as follows:

(1) The Court **DIRECTS** the Clerk to restrict access of Respondent's Memorandum [# 3] and Exhibits 1, 3-5, 8, 12-14, 22, 24-25, 27, 40, 42, 46, 47, and 50 to the Court and the parties in this case for forty-five (45) days from the entry of this Order.

(2) The Court **DIRECTS** the parties to confer and determine whether the restricted documents in fact contain confidential information that should be sealed, as well as whether redacted versions of the documents may be filed with the Court.

(3) Within thirty (30) days from the entry of this Order the parties shall jointly file a report setting forth which documents, if any, should remain under seal, as well as the grounds for doing so.

Signed: May 11, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge