# United States District Court
# For The Western District of North Carolina
# Statesville Division

Clifford John Watts ,

   Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.               5:11-cv-48

Wells Fargo Advisors, LLC ,

   Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2012 Order.

\

               Signed: March 12, 2012

               Frank G. Johns, Clerk
               United States District Court