# United States District Court
# For The Western District of North Carolina
# Statesville Division

Clifford John Watts ,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                               5:11-cv-48

Wells Fargo Advisors, LLC ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2012 Order.

\

                                                  Signed: March 12, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court