# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| WELLS FARGO ADVISORS, LLC, | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Claimant, | ) | 5:11-cv-00048-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| CLIFFORD J. WATTS, III, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2014 Order.

April 1, 2014

Frank G. Johns, Clerk
United States District Court